LECTROLARM CUSTOM SYSTEMS, INC., Plaintiff–Appellant,

v.

VICON INDUSTRIES, INC. and UTC Fire & Security Americas Corporation, Inc., Defendants,

and

Sensormatic Electronics Corporation, Defendant–Appellee,

and

Bosch Security Systems, Inc., Defendant–Appellee.

No. 2012–1156.

United States Court of Appeals, Federal Circuit.

Dec. 21, 2012.

Gary M. Hoffman, Dickstein Shapiro LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Kenneth W. Brothers, Megan S. Woodworth and Gianni Minutoli.

Sean William Gallagher, Bartlit Beck Herman Palenchar & Scott, LLP, of Chicago, IL, argued for defendant-appellee, Sensormatic Electronics Corporation. With him on the brief were Steven J. Nachtwey and Asha L.I. Spencer.

Jonathan Saul Franklin, Fulbright & Jaworski L.L.P. of Washington, DC, argued for defendant-appellee, Bosch Security Systems, Inc. With him on the brief were Erik G. Swenson, of Minneapolis, MN, and George W. Jordan, III, of Houston, TX.

NEWMAN, PROST, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.